No. 23-12353

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CHARLES T. JOHNSON,
on behalf of himself and others similarly situated,

*Plaintiff–Appellee*

JENNA DICKENSON,

*Interested Party–Appellant*

v.

NPAS SOLUTIONS, LLC,

*Defendant–Appellee*

On Appeal from the United States District Court
for the Southern District of Florida, No. 9:17-cv-80393-RLR

# PLAINTIFF–APPELLEE CHARLES T. JOHNSON'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Michael L. Greenwald
James L. Davidson
GREENWALD DAVIDSON RADBIL PLLC
5550 Glades Road, Suite 500
Boca Raton, FL  33431
Tel: (561) 826-5477
mgreenwald@gdrlawfirm.com
jdavidson@gdrlawfirm.com

*Counsel for Plaintiff–Appellee*

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for Appellee Charles T. Johnson and the Class hereby certifies that the following is a complete list of the trial judge(s), all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the particular case on appeal, including subsidiaries, conglomerates, affiliates, and parent corporations, including any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

- Davidson, James L. – Counsel for Plaintiff-Appellee
- Davis, John W. – Counsel for Appellant Jenna Dickenson
- Debevoise & Plimpton LLP – Counsel for Defendant-Appellee
- Dickenson, Jenna – Appellant
- Ehren, Michael L. – Counsel for Defendant-Appellee
- Goldberg, Martin B. – Counsel for Defendant-Appellee
- Greenwald Davidson Radbil PLLC – Counsel for Plaintiff-Appellee
- Greenwald, Michael L. – Counsel for Plaintiff-Appellee
- Hopkins, Honorable James M. – Magistrate Judge
- Isaacson, Eric Alan – Counsel for Appellant Jenna Dickenson
- Johnson, Charles T. – Plaintiff-Appellee

- Johnson, Jesse S. – Counsel for Plaintiff-Appellee

- Lash, Alan David – Counsel for Defendant-Appellee

- Lash & Goldberg LLP – Counsel for Defendant-Appellee

- Law Office of John W. Davis – Counsel for Appellant Jenna Dickenson

- Members of the certified class, defined as: "All persons in the United States who (a) received calls from NPAS Solutions, LLC between March 28, 2013 and December 4, 2017 that (b) were directed to a phone number assigned to a cellular telephone service, (c) for which NPAS Solutions' records contain a 'WN' designation, and (d) were placed using an automatic telephone dialing system."

- Monaghan, Maura K. – Counsel for Defendant-Appellee

- NPAS Solutions LLC – Defendant-Appellee

- Nutley, C. Benjamin – Counsel for Appellant Jenna Dickenson

- Parallon Business Solutions LLC – Parent Company of Defendant-Appellee

- Radbil, Aaron D. – Counsel for Plaintiff-Appellee

- Rosenberg, Honorable Robin L. – District Court Judge

- Stahl, Jacob W. – Counsel for Defendant-Appellee

- Van Wey, Lorelei Jane – Counsel for Defendant-Appellee

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2023 I electronically filed the foregoing document using the Court's Appellate PACER system, which will automatically send notification to counsel of record.

Dated:  August 15, 2023                                  /s/ *Michael L. Greenwald*
                                                                    Michael L. Greenwald

                                                                    *Counsel for Plaintiff–Appellee*
                                                                    *Charles T. Johnson and the Class*