UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

COURT OF APPEALS DKT. NO.: No. 23-12353
S.D. FLA. DKT. NO. 9:17-CV-80393-RLR

CHARLES T. JOHNSON,
on behalf of himself and others
similarly situated,

    Plaintiff-Appellee,

JENNA DICKENSON,

    Interested Party–Appellant v.

NPAS SOLUTIONS, LLC,

    Defendant-Appellee.

_____/

## NPAS SOLUTIONS, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Cir. Rule 26.1-1(a) Appellee NPAS Solutions, LLC ("NPAS Solutions") hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement:

### Certificate of Interested Persons

1. Davidson, James L. – Counsel for Plaintiff-Appellee
2. Davis, John W. – Counsel for Appellant Jenna Dickenson
3. Debevoise & Plimpton LLP – Counsel for Defendant-Appellee
4. Dickenson, Jenna – Appellant
5. Ehren, Michael L. – Counsel for Defendant-Appellee
6. Goldberg, Martin B. – Counsel for Defendant-Appellee
7. Greenwald Davidson Radbil PLLC – Counsel for Plaintiff-Appellee
8. Greenwald, Michael L. – Counsel for Plaintiff-Appellee

9. Hopkins, Honorable James M. – Magistrate Judge

10. Isaacson, Eric Alan – Counsel for Appellant Jenna Dickenson

11. Johnson, Charles T. – Plaintiff-Appellee

12. Johnson, Jesse S. – Counsel for Plaintiff-Appellee

13. Lash, Alan David – Counsel for Defendant-Appellee

14. Lash & Goldberg LLP – Counsel for Defendant-Appellee

15. Law Office of John W. Davis – Counsel for Appellant Jenna Dickenson

16. Members of the certified settlement class, defined as: "All persons in the United States who (a) received calls from NPAS Solutions, LLC between March 28, 2013 and December 4, 2017 that (b) were directed to a phone number assigned to a cellular telephone service, (c) for which NPAS Solutions' records contain a 'WN' designation, and (d) were placed using an automatic telephone dialing system."

17. Monaghan, Maura K. – Counsel for Defendant-Appellee

18. NPAS Solutions LLC – Defendant-Appellee

19. Nutley, C. Benjamin – Counsel for Appellant Jenna Dickenson

20. Radbil, Aaron D. – Counsel for Plaintiff-Appellee

21. Rosenberg, Honorable Robin L. – District Court Judge

22. Stahl, Jacob W. – Counsel for Defendant-Appellee

23. Van Wey, Lorelei Jane – Counsel for Defendant-Appellee

## Corporate Disclosure Statement

1. NPAS Solutions, LLC is wholly owned by National Patient Accounts Services, Inc., which is wholly owned by Parallon Business Solutions, LLC. The ultimate parent of Parallon Business Solutions, LLC is HCA Healthcare, Inc., a publicly-traded company.

2. No publicly held corporation owns 10% or more of NPAS Solutions' stock.

Respectfully submitted,

By: /s/ Maura K. Monaghan
Maura K. Monaghan
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Fax: (212) 909-6836
E-mail: mkmonaghan@debevoise.com

*Attorney for Defendant-Appellee NPAS Solutions LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed via the Court's electronic filing system, this 18th day of August, 2023, which will send notification to all counsel of record.

By: /s/ Maura K. Monaghan