No. 23-12353

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CHARLES T. JOHNSON,
on behalf of himself and others similarly situated,

*Plaintiff–Appellee*

JENNA DICKENSON,

*Interested Party–Appellant*,

v.

NPAS SOLUTIONS, LLC,

*Defendant–Appellee*

On Appeal from the United States District Court
for the Southern District of Florida, No. 9:17-cv-80393-RLR

## STATUS REPORT REGARDING THE DISTRICT COURT'S PROCEEDINGS ON REMAND

MICHAEL L. GREENWALD
JAMES L. DAVIDSON
GREENWALD DAVIDSON RADBIL PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
(561) 826-5477

*Class Counsel and Counsel for Plaintiff–Appellee*

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for Appellee Charles T. Johnson and the settlement class hereby certify that the following is a complete list of the trial judge(s), all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the particular case on appeal, including subsidiaries, conglomerates, affiliates, and parent corporations, including any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

- Davidson, James L. – Counsel for Plaintiff-Appellee

- Davis, John W. – Counsel for Appellant Jenna Dickenson

- Debevoise & Plimpton LLP – Counsel for Defendant-Appellee

- Dickenson, Jenna – Appellant

- Ehren, Michael L. – Counsel for Defendant-Appellee

- Fishman, Charles S. – Proposed substitute Plaintiff-Appellee

- Goldberg, Martin B. – Counsel for Defendant-Appellee

- Greenwald Davidson Radbil PLLC – Counsel for Plaintiff-Appellee

- Greenwald, Michael L. – Counsel for Plaintiff-Appellee

- Hopkins, Honorable James M. – Magistrate Judge

- Isaacson, Eric Alan – Counsel for Appellant Jenna Dickenson

- Johnson, Charles T. – Plaintiff-Appellee

- Johnson, Jesse S. – Counsel for Plaintiff-Appellee

- Lash, Alan David – Counsel for Defendant-Appellee

- Lash & Goldberg LLP – Counsel for Defendant-Appellee

- Law Office of John W. Davis – Counsel for Appellant Jenna Dickenson

- Members of the certified class, defined as: "All persons in the United States who (a) received calls from NPAS Solutions, LLC between March 28, 2013 and December 4, 2017 that (b) were directed to a phone number assigned to a cellular telephone service, (c) for which NPAS Solutions' records contain a 'WN' designation, and (d) were placed using an automatic telephone dialing system."

- Monaghan, Maura K. – Counsel for Defendant-Appellee

- NPAS Solutions LLC – Defendant-Appellee

- Nutley, C. Benjamin – Counsel for Appellant Jenna Dickenson

- Parallon Business Solutions LLC – Parent Company of Defendant-Appellee

- Radbil, Aaron D. – Counsel for Plaintiff-Appellee

- Rosenberg, Honorable Robin L. – District Court Judge

- Stahl, Jacob W. – Counsel for Defendant-Appellee

- Van Wey, Lorelei Jane – Counsel for Defendant-Appellee

## STATUS REPORT REGARDING THE DISTRICT COURT'S
## PROCEEDINGS ON REMAND

On December 1, 2023, this Court issued an order on its own motion "remand[ing] on a limited basis to the District Court the matter of the substitution of a new class representative in place of the deceased Charles Johnson." Doc. 23-1 at 2. At the same time, this Court directed counsel for Appellee "to file monthly status reports regarding the district court proceedings on the 1st day of each month." *Id.*

On December 13, 2023, the district court issued an order requiring the plaintiff to file a motion to substitute a new class representative or file a motion for extension of time to do so by January 5, 2024. On January 5, 2024, Class Member Charles S. Fishman filed a motion to be substituted as the new class representative. On January 19, 2024, appellant/objector Jenna Dickenson filed an opposition. Defendant NPAS Solutions, LLC did not file an opposition. On January 25, 2024, Mr. Fishman filed his reply in support of his motion. The motion is fully briefed and pending.

Dated:  February 1, 2024         /s/ Michael L. Greenwald
                                 Michael L. Greenwald (Fla. Bar No. 0761761)
                                 James L. Davidson (Fla. Bar. No. 723371)
                                 GREENWALD DAVIDSON RADBIL PLLC
                                 5550 Glades Road, Suite 500
                                 Boca Raton, Florida 33431
                                 (561) 826-5477
                                 mgreenwald@gdrlawfirm.com
                                 jdavidson@gdrlawfirm.com

                                 Class Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2024, I electronically filed the foregoing Status Report Regarding the District Court's Proceedings on Remand, which will automatically send notification to counsel of record.

<u>/s/ Michael L. Greenwald</u>
Michael L. Greenwald